817 A.2d 446

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

**v.**

**Kevin Joseph COFFEY, Respondent.**

**No. 811 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Jan. 28, 2003.

## *ORDER*

PER CURIAM:

AND NOW, this 28th day of January, 2003, there having been filed with this Court by Kevin Joseph Coffey his verified Statement of Resignation dated December 12, 2002, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Kevin Joseph Coffey be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the

provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.